IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03548-KAS

YOUSSOUF DIALLO,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
FIELD OFFICE DIRECTOR, in his official capacity as Field Office Director of the Denver Field Office of Enforcement and Removal Operations, U.S. ICE,
TODD M. LYONS, in his official capacity as Acting Director, ICE,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, and
PAMELA JO BONDI, in her official capacity as Attorney General of the United States,

    Respondents.
_____

## ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Order to Show Cause** ("OSC") issued on November 6, 2025. *OSC* [#4]. Petitioner initiated this action pursuant to 28 U.S.C. § 2241 seeking habeas relief from unlawful detention by the United States Immigration and Customs Enforcement. *Petition for Writ of Habeas Corpus* [#1]. On review of the Petition [#1], the Court issued an OSC directing Respondents to show cause within 60 days from the date of service why the Petition [#1] should not be granted. *OSC* [#4]. Although Petitioner did not file proof of service, Respondents' counsel entered an appearance on November 17, 2025. *Entry of Appearance* [#5]. Thus, Respondents' answer to the OSC was due, at the latest, on January 16, 2026. To date, no Response has been filed.

IT IS HEREBY **ORDERED** that Respondents shall show cause no later than **January 23, 2026,** why the Petition [#1] should not be granted. Respondents are strongly admonished to follow court-imposed deadlines in the future.

IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3] is also due **January 23, 2026**.

IT IS FURTHER ORDERED that Petitioner may file a Reply **within 21 days of** Respondents' answer to this Order to Show Cause.

Dated: January 19, 2026                    BY THE COURT:

Kathryn A. Starnella
United States Magistrate Judge