# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03548-SKC

YOUSSOUF DIALLO,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility,
FIELD OFFICE DIRECTOR, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,
TODD M. LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security, and
PAMELA JO BONDI, in her official capacity as the Attorney General for the United,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 12) entered by U.S. District Judge S. Kato Crews on February 2, 2026, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is

FURTHER ORDERED that this case is closed.

DATED: February 2, 2026.

            FOR THE COURT:
            Jeffrey P. Colwell, Clerk


            By: <u>s/C. Pearson, Deputy Clerk</u>